**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

KAREN A. ELLIOTT,

      Plaintiff,

v.                                         No. 2:22-cv-508 GBW/KRS

FARMERS INSURANCE OF ARIZONA, et al.,

      Defendants.

**ORDER ADOPTING JOINT STATUS REPORT AND**
**PROVISIONAL DISCOVERY PLAN WITH MODIFICATIONS**

At the Rule 16 scheduling conference held on October 18, 2022, the Court reviewed the

parties' Joint Status Report and Provisional Discovery Plan, and adopted it as modified by the

dates provided in the Court's Scheduling Order, filed concurrently with this Order.

**IT IS SO ORDERED**.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE